MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
AILEEN E. COHEN, ESQ.
Nevada Bar No. 005263
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Phone: 702-240-6060
Fax No: 702-240-4267
Email: mmills@blwmlawfirm.com
Eamil: acohen@blwmlawfirm.com

SEYFARTH SHAW LLP
MINH VU, ESQ.
(pro hac vice petition forthcoming)
975 F. Street NW
Washington, DC 20004
Phone: (202) 828-5337

Attorneys for Defendant,
Hallmark Retail, LLC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual, | CASE NO: 2:17-cv-00528-GMN-GWF |
| Plaintiff, | |
| vs. | |
| HALLMARK RETAIL, LLC, | |
| Defendants. | |

**STIPULATION FOR EXTENSION OF TIME [ECF 9]**

Plaintiff, Kevin Zimmerman by and through his counsel of record Whitney C. Wilcher, Esq. of The Wilcher Firm and Defendant, Hallmark Retail, LLC., by and through

their counsel of record Michael C. Mills, Esq. and Aileen E. Cohen, Esq. of Bauman Loewe Witt & Maxwell, PLLC, hereby Stipulate that Defendant may have an Extension of Time in which to file its Response to Plaintiff's Complaint [ECF 9] which is currenty due on May 4, 2017 until Thursday, May 25, 2017.

Dated this 1st day of May 2017.

THE WILCHER FIRM

/s/ Whitney C. Wilcher
_____
WHITNEY C. WILCHER, ESQ.
Nevada Bar No. 007212
8465 W. Sahara Ave. Suite 111-236
Las Vegas, NV 89117
Phone: 702-466-1959
Attorneys for Plaintiff,
Kevin Zimmerman

Dated this 1st day of May 2017.

BAUMAN LOEWE WITT & MAXWELL

/s/ Aileen E. Cohen
_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
AILEEN E. COHEN, ESQ
Nevada Bar No. 005263
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Counsel for Defendant,
Hallmark Retail, LLC

**ORDER**

ORDERED, the Defendant may have until Thursday, May 25, 2017 in which to file its Reply to Plaintiff's Complaint [ECF 9].

DATED May 2, 2017.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE

**STIPULATION FOR EXTENSION OF TIME [ECF 9]**

- Page 2 of 2 -

2788870v1